DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charlotte Ann Myers, ) | Case No. 1:23-cv-00837-GSA |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| Kilolo Kijakazi, Acting Commissioner of Social Security, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from September 1, 2023 to October 31, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due

1

1  on the same week. For the weeks of August 28, 2023 and September 4, 2023,
2  Counsel currently has 8 merit briefs, and several letter briefs and reply briefs. This
3  matter has recently been reassigned and Plaintiff's Counsel requires additional
4  time to brief the issues thoroughly for the Court's consideration. Defendant does
5  not oppose the requested extension. Counsel apologizes to the Defendant and
6  Court for any inconvenience this may cause.

Respectfully submitted,

Dated: August 25, 2023         PENA & BROMBERG, ATTORNEYS AT LAW


                               By: */s/ Dolly M. Trompeter*
                                   DOLLY M. TROMPETER
                                   Attorneys for Plaintiff



Dated: August 25, 2023         PHILLIP A. TALBERT
                               United States Attorney
                               PETER K. THOMPSON
                               Acting Regional Chief Counsel, Region IX
                               Social Security Administration


                               By:  **/s/ Michael Marriott*
                                   Michael Marriott
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant
                                   (*As authorized by email on August 25, 2023)

# **ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

Dated: __**August 25, 2023**__               _____/s/ Gary S. Austin_____
                                           UNITED STATES MAGISTRATE JUDGE