DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charlotte Ann Myers,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:23-cv-00837-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from October 31, 2023 to November 30, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's second request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs

1

being due on the same week. For the weeks of October 23, 2023 and October 30, 2023, Counsel has eleven merit briefs and a reply brief due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                          Respectfully submitted,

Dated: October 12, 2023       PENA & BROMBERG, ATTORNEYS AT LAW

                          By: */s/ Dolly M. Trompeter*
                              DOLLY M. TROMPETER
                              Attorneys for Plaintiff

Dated: October 12, 2023      PHILLIP A. TALBERT
                              United States Attorney
                              PETER K. THOMPSON
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

                          By:  *\*/s/ Michael Marriott*
                              Michael Marriott
                              Special Assistant United States Attorney
                              Attorneys for Defendant
                              (\*As authorized by email on October 11, 2023)

## **ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

Dated: __**October 13, 2023**__             _____/s/ Gary S. Austin_____
                                                                UNITED STATES MAGISTRATE JUDGE