PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MICHAEL J. MULLEN, WSBA No. 54288
Special Assistant United States Attorney
Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (206) 615-2748
    Facsimile: (206) 615-2531
    Email: Michael.J.Mullen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| CHARLOTTE ANN MYERS,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,[1]<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:23-cv-00837-GSA (SS)<br><br>STIPULATION FOR AN EXTENSION OF TIME; ORDER |

    With the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from January 16, 2024, up to and including February 15, 2024. This is the first request for an extension of the Defendant's

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

1  response deadline regarding Plaintiff's Motion for Summary Judgment.  The Court requires good
2  cause for modification of the briefing schedule.  Defendant respectfully requests that the Court
3  find good cause for the following reasons.
4        Plaintiff filed her Motion for Summary Judgment on December 14, 2023 (Dkt. 18). The
5  undersigned counsel for Defendant was assigned this matter on January 3, 2024. Defendant's
6  responsive brief is January 16, 2024. An extension to this deadline is needed due to the
7  undersigned counsel for Defendant's concentrated workload. He has four briefing deadlines in a
8  period of four workdays, including this case. Despite Defendant's counsel exercising due
9  diligence, additional time is necessary for Defendant to respond to Plaintiff's Motion for
10 Summary Judgment.
11       With Court approval, the parties further stipulate that the Court's Scheduling Order shall
12 be modified accordingly.

                                                  Respectfully submitted,

Dated:  January 11, 2024              /s/  *Jonathan Omar Pena\**
                                             JONATHAN OMAR PENA
                                             Attorney for Plaintiff
                                             (\*signature authorized via e-mail January 11, 2024)

Dated: January 11, 2024              PHILLIP A. TALBERT
                                             United States Attorney
                                             MATHEW W. PILE
                                             Associate General Counsel
                                             Office of Program Litigation, Office 7
                                             Social Security Administration

                                 By:    /s/  *Michael J. Mullen*
                                             MICHAEL J. MULLEN
                                             Special Assistant U.S. Attorney
                                             Attorneys for Defendant

**ORDER**

Pursuant to the parties' Stipulation, IT IS SO ORDERED that Defendant shall have an extension of 30 days, to February 15, 2024, to file the Commissioner's responsive brief.

IT IS SO ORDERED.

Dated: **January 11, 2024**　　　　　　　　　／s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE