**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLOTTE ANN MYERS, | Case No.: 1:23-cv-00837-GSA |
| Plaintiff, | EXTENSION OF DEFENDANT'S MSJ RESPONSE DEADLINE |
| v. | |
| Commissioner of Social Security, | |
| Defendant. | |

As stipulated, the MSJ response is due 3/18/24.

IT IS SO ORDERED.

Dated: __February 14, 2024__          _____/s/ Gary S. Austin_____
                                                                 UNITED STATES MAGISTRATE JUDGE