# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE ANN MYERS, <br>     Plaintiff, <br> v. <br> Commissioner of Social Security, <br>     Defendant. | 1:23-cv-00837-GSA <br><br> **ORDER OF REMAND AND DIRECTING ENTRY OF JUDGMENT** <br><br> **(Doc. 18)** |

     As stipulated (Doc. 24), this case is **remanded** to the Commissioner for further proceedings per 42 U.S.C. 405(g) sentence four. On remand, the ALJ shall offer Plaintiff the opportunity for a new administrative hearing; further develop the record as needed; reevaluate the evidence; and issue a new decision.

     Judgment is **directed** for Plaintiff.

IT IS SO ORDERED.

Dated:  **February 22, 2024**              **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE