# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charlotte Ann Myers, | Case No.  1:23-cv-00837-GSA |
| Plaintiff, | **ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |
| v. | |
| Commissioner of Social Security, | |
| Defendant. | (Doc. 27) |

As stipulated (Doc. 27), it is **ordered** that fees in the amount of $8,667.25 as authorized by the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **May 21, 2024**                    **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE